## (April 8, 1976)

In the Matter of MICHAEL BURKE, Petitioner, v JOSEPH SULLIVAN, as a Justice of the Supreme Court of the State of New York, Bronx County, et al., Respondents.—Application unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. Probable cause for the order to appear in a lineup has been demonstrated, thus distinguishing this case from *Matter of Alphonso C.* (50 AD2d 97, app dsmd 38 NY2d 923). The stay, dated March 12, 1976, affixed to the notice of application, is vacated. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARRY LUCAS, Appellant, v ROBERT M. MORGENTHAU, as District Attorney of New York County, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on January 29, 1976, unanimously affirmed on the opinion of George F. Roberts, J., at Trial Term. The interim stay of the order of extradition is vacated and appellant is directed to surrender himself. Concur—Markewich, J. P., Kupferman, Silverman, Lane and Nunez, JJ.